IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ANTHONY PRICE,

    Plaintiff,

v.                                  Civil Action No. 3:19CV615

ARMOR CORRECTION HEALTH, INC., et al.,

    Defendants.

**MEMORANDUM OPINION**

Anthony Price requested leave to proceed in forma pauperis. By Memorandum Order entered on October 28, 2019, the Court directed Price to pay an initial partial filing fee of $.66 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Price has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Price is not entitled to proceed in forma pauperis. Price's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Price.

                                        /s/
                                 Robert E. Payne
                                 Senior United States District Judge

Date: November 22, 2019
Richmond, Virginia